UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 17-01314C |
| REBECCA S. FRAZIER, | |
| | TRUSTEE'S MOTION |
| | TO DISMISS |
| Debtor. | |

COMES NOW the Chapter 13 trustee and states to the Court:

1. The confirmed modified plan states that the debtor is to make payments of $50.00 each month for three (3) months, then $775.00 each month for fifty-seven (57) months, beginning November 11, 2017.

2. Through April 2018, the trustee should have received at least $2,475.00. To date, the trustee has received $300.00, leaving a delinquency of **$2,175.00.** Another monthly payment totaling **$775.00** will be due by the hearing date of this Motion for the May payment.

3. Trustee has requested copies of debtor's 2017 State and Federal tax returns and any tax refunds to be forwarded to the trustee. To date, the trustee has not received the requested tax returns or tax refunds, if any.

WHEREFORE, the Chapter 13 trustee recommends that, pursuant to 11 U.S.C. Section 1307(c), the case be dismissed.

DATED: May 14, 2018

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone: (319) 233-6327
Fax: (319) 233-0346