# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| REBECCA S. FRAZIER, | ) Bankruptcy No. 17-01314 |
| | ) |
| | ) AMENDMENT TO SCHEDULES I AND J |
| | ) |

COME NOW Debtor(s) and amend Schedules I and J as set forth on the attached exhibits, which are incorporated by this reference. The Amended Schedules supersede and substitute for any prior such statements filed by the Debtor(s) in the above-referenced case.

Derek Hong, AT0009118
Hong Law, P.L.C.
425 Second Street SE, Suite 950
Cedar Rapids, IA 52401
Business 319-294-5853
Facsimile 319-366-0647
E-mail: certs@honglaw.com

## VERIFICATION

The undersigned, Rebecca S. Frazier, Petitioner(s) in the above-captioned proceeding, declare(s) under penalty of perjury that the facts contained in the foregoing document, AMENDMENT TO SCHEDULES I AND J are true and correct and are based on personal knowledge.

Executed this 25th day of July, 2018.

Rebecca S. Frazier

Fill in this information to identify your case:

Debtor 1    Rebecca S. Frazier

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number   17-01314
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1   Rebecca S. Frazier                                           Case number (if known)  17-01314

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---:|---:|
| | Copy line 4 here ............................................................................................ 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions     5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans     5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans     5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans     5d. | $ 0.00 | $ N/A |
| 5e. | Insurance     5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations     5f. | $ 0.00 | $ N/A |
| 5g. | Union dues     5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____     5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.     7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends     8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation     8d. | $ 1,515.00 | $ N/A |
| 8e. | Social Security     8e. | $ 1,188.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____     8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income     8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____     8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9. | $ 2,703.00 | $ N/A |

10. Calculate monthly income. Add line 7 + line 9.     10.   $ 2,703.00  +  $ N/A  =  $ 2,703.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12. $ 2,703.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
  ☐ No.
  ■ Yes. Explain: Debtor's unemployment benefits run out in approximately 4 months. Debtor will apply for Mercy Medical pension benefits. She anticipates a net benefit amount of $1,000 per month.

Fill in this information to identify your case:

Debtor 1     Rebecca S. Frazier

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number    17-01314
(If known)

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ■ No

   | Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent............ | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|---|
   | Do not state the dependents names. | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ■ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $    0.00

   If not included in line 4:

   4a. Real estate taxes     4a. $    0.00
   4b. Property, homeowner's, or renter's insurance     4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $    200.00
   4d. Homeowner's association or condominium dues     4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans     5. $    0.00

6.  Utilities:
    6a. Electricity, heat, natural gas                                              6a. $        190.00
    6b. Water, sewer, garbage collection                                            6b. $        120.00
    6c. Telephone, cell phone, Internet, satellite, and cable services              6c. $        106.00
    6d. Other. Specify: _____                                        6d. $          0.00
7.  Food and housekeeping supplies                                                  7.  $        370.00
8.  Childcare and children's education costs                                        8.  $          0.00
9.  Clothing, laundry, and dry cleaning                                             9.  $         80.00
10. Personal care products and services                                             10. $         35.00
11. Medical and dental expenses                                                     11. $        150.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                    12. $        200.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books              13. $         75.00
14. Charitable contributions and religious donations                                14. $          0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                             15a. $         0.00
    15b. Health insurance                                                           15b. $         0.00
    15c. Vehicle insurance                                                          15c. $         0.00
    15d. Other insurance. Specify: _____                             15d. $         0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                   16. $          0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                                 17a. $       450.00
    17b. Car payments for Vehicle 2                                                 17b. $         0.00
    17c. Other. Specify: _____                                       17c. $         0.00
    17d. Other. Specify: _____                                       17d. $         0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).  18. $       0.00
19. Other payments you make to support others who do not live with you.                 $         0.00
    Specify: _____                                                   19.
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    20a. Mortgages on other property                                                20a. $         0.00
    20b. Real estate taxes                                                          20b. $       187.00
    20c. Property, homeowner's, or renter's insurance                               20c. $        75.00
    20d. Maintenance, repair, and upkeep expenses                                   20d. $         0.00
    20e. Homeowner's association or condominium dues                                20e. $         0.00
21. Other: Specify: _____                                            21. +$         0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                                    $          2,238.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.                 $          2,238.00

23. Calculate your monthly net income.
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.             23a. $     2,703.00
    23b. Copy your monthly expenses from line 22c above.                            23b. -$    2,238.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                                   23c. $       465.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.   Explain here: **Debtor anticipates replacing her vehicle within the next 12 months. The expected payment is reflected on line 17.**

# PROOF OF SERVICE

This is to certify that I have this day served a true and correct copy of AMENDMENT TO SCHEDULES I AND J electronically or by depositing same in the U.S. Mail, properly addressed, and with sufficient postage affixed thereto to ensure delivery to the following:

OFFICE OF THE UNITED STATES TRUSTEE
UNITED STATES FEDERAL COURTHOUSE
111 7TH AVE SE, BOX 17
CEDAR RAPIDS IA 52401-2101

CAROL F DUNBAR
531 COMMERCIAL ST, STE 500
WATERLOO IA 50701

SHERYL SCHNITTJER
24695 207TH AVE
DELHI IA 52223

Wilmington Savings Fund Society, FSB
c/o Mark D. Walz
4201 Westown Parkway, Suite 300
West Des Moines, IA 50266

Dated this ___27th___ day of July, 2018.

/Mary Zimmermann/