# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7 |
|  | Bankruptcy No. |
| Rebecca S. Frazier | 17–01314 |
| Debtor(s) |  |

## NOTICE SETTING TELEPHONIC HEARING
## ON MOTION FOR ENTRY OF ORDER DENYING IN TOTO DEBTOR'S MOTION TO CONVERT AND TO SET ASIDE DISCHARGE (DOC. 92) AND DEBTOR'S MOTION TO ENLARGE TIME TO SUBMIT MODIFIED PLAN TO TRUSTEE (DOC. 93)

TO:
| | |
|---|---|
| Derek N.W. Hong, Attorney for Debtor(s) | 319–294–5853 |
| Sheryl Schnittjer, Trustee | 319–721–6190 |
| United States Trustee | |
| Eric Lam and Eric Langston, Attorneys for Trustee Sheryl Schnittjer | 319–366–7641 |
| | 319–896–4074 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

***October 16, 2019 at 11:15 AM***

***ATTORNEY ERIC LAM IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*(signature: Danielle Cripe)*

Date: October 15, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101