# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7 |
|  | Bankruptcy No. |
| Rebecca S. Frazier | 17–01314 |
| Debtor(s) |  |

## NOTICE SETTING HEARING
## ON MOTION TO RECONVERT TO CHAPTER 13 AND PLAN FEASIBILITY

TO:
Derek N.W. Hong, Attorney for Debtor(s)
Sheryl Schnittjer, Trustee
United States Trustee
Eric Lam and Eric Langston, Attorneys for Trustee
Mark D. Walz, Attorney for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

*October 29, 2019 at 02:15 PM*

*At: 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, IA*

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*/s/ Danielle Cripe*

Date: October 18, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101