IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>REBECCA S. FRAZIER,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 17-01314<br><br>**MOTION TO CONTINUE HEARING** |

COMES NOW Chapter 7 Trustee Sheryl Schnittjer ("Trustee"), by and through her counsel, respectfully states:

1. Contemporaneous to this, the Trustee is filing a Motion to Approve Compromise that, if approved, would obviate the upcoming hearing on January 14, 2020, at 10:30 A.M. *See* Dkt # 105 (setting hearing). The objection bar date for the motion would not occur prior to the hearing. If the compromise is approved and there are no objections, there the parties believe a hearing will not be needed. Thus, the hearing should be continued during the objection bar date period and only set if any objections are filed.

2. The parties via counsel have conferred. The Debtor via counsel consents to this continuance request.

WHEREFORE, the Chapter 7 Trustee respectfully prays for the entry of an Order continuing the hearing now set to occur on January 14, 2020, to instead occur after any objections to the Trustee's Motion are filed, and for such other relief as may be just and proper under the premises.

/s/ *Eric J. Langston*
Eric J. Langston, AT0014001
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elangston@simmonsperrine.com
ATTORNEY FOR TRUSTEE

## Certificate of Service

     The undersigned hereby certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid on the 13th day of January 2020 to the parties displayed on the Service List below.

*/s/ Wendi Schee*

Derek Hong
Attorney at Law
Hong Law PLC
425 Second St. SE, Suite 950
Cedar Rapids, IA 52401

Carol F. Dunbar
Chapter 13 Trustee
531 Commercial St., Suite 500
Waterloo, IA 50701

Sheryl L. Schnittjer
Chapter 7 Trustee
Northern District of Iowa
24695 207th Ave.
Delhi, IA 52223

TSD, EWL
SSTE Frazier/Pldgs/BA 17-01314 Drafts/Mtn to Continue Hearing.01132020.1532.ejl